THIS OPINION HAS NO PRECEDENTIAL
 VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Chan S. Bun, Appellant.
 
 
 

Appeal From Sparanburg County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2010-UP-069
Submitted January 4, 2010  Filed February 1, 2010  

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Attorney Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent. 
 
 
 

 PER CURIAM: Chan S. Bun appeals
 his conviction for murder and two counts of assault with intent to kill.  Bun
 asserts the trial court erred in allowing the State to re-open its case based
 on an alleged ambiguity in the testimony of Sok Bun.  After a thorough review
 of the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Bun's appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.